IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF/RESPONDENT

v.                          No. 2:13-CR-20012

WESLEY SYLVA                                           DEFENDANT/PETITIONER

**ORDER**

The Court has received a report and recommendations (Doc. 36) from United States Magistrate Judge Mark E. Ford, with respect to Petitioner Wesley Sylva's 28 U.S.C. § 2255 motion (Doc. 28) to vacate his sentence of imprisonment for 188 months. At Petitioner's sentencing hearing, the Court determined that he was an armed career criminal under the Armed Career Criminal Act ("ACCA"), 18 U.S.C. § 924(e), in part because the Court determined that Petitioner's 1986 Kansas state conviction for indecent liberties with a child was a "violent felony" under the residual clause of 18 U.S.C. § 924(e)(2)(B)(ii). The Supreme Court has subsequently determined that the residual clause is unconstitutionally vague. On this basis, the Government concedes and the Magistrate recommends that Petitioner's motion should be granted, his sentence vacated, and that he be scheduled for resentencing. Accordingly, the Court finds that the Magistrate's report and recommendations (Doc. 36) should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner Wesley Sylva's motion to vacate (Doc. 28) is GRANTED, and Sylva's sentence is VACATED.

A sentencing hearing, at which Sylva must appear and be resentenced, is set for February 23, 2017, at 10:00 a.m. The United States Probation Office is directed to prepare and file an expedited amended presentence investigation report within 45 days of entry of this order. Any objections to that amended report and any presentencing memoranda must be filed within 14 days

of the filing of the amended report.  Sylva will remain in custody pending resentencing.

    IT IS SO ORDERED this 15th day of December, 2016.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE